**Robert and Jewell SCHWALBERT, Plaintiffs/Appellants,**

v.

**Dale F. and Carol A. KOCH, Defendants/Respondents.**

**No. ED 80449.**

Missouri Court of Appeals, Eastern District, Division One.

July 23, 2002.

Kurt D. Breeze, Festus, MO, for appellant.

Jay Burns, William White, Clayton, MO, for respondent.

Before WILLIAM H. CRANDALL, JR., P.J., KATHIANNE KNAUP CRANE, J., and ROBERT G. DOWD, JR., J.

### ORDER

PER CURIAM.

Plaintiffs, Robert and Jewell Schwalbert, appeal from a judgment entered on the pleadings by the trial court in favor of defendants, Dale and Carol Koch. Plaintiffs attempted to plead a quiet title action and an action for equitable relief. No error of law appears. An opinion would have no precedential value.

The judgment of the trial court is affirmed. Rule 84.16(b).